STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES PARSELLS, DEFENDANT-PETITIONER.

*Mr. Angelo D. Malandra* for the petitioner.

*Mr. Augustine A. Repetto, Mr. Ernest M. Curtis* and *Mr. Solomon Forman* for the respondents.

May 12, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MORTIMER L. SCHULTZ, DEFENDANT-PETITIONER.

*Messrs. Querques & Isles* and *Mr. Frank P. Villanova* for the petitioner.

*Mr. Brendan T. Byrne* for the respondent.

May 12, 1965. Denied.